UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DAKOTA DIXON,

        Plaintiff,

v.

WANDA MASON, *et al.*,

        Defendants.

No. 5:22-CV-00100-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil action is dismissed without prejudice for want of prosecution.

Dated October 3, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge